■ WILLIAM ORGAN et al., Respondents, v. WILLIAM H. BARLOW, Appellant.— In an action to recover damages for personal injuries, and for medical expenses and loss of services, the appeal is from an order granting respondents' motion to vacate an order of preclusion. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ RUTH POMERANCE, Appellant, v. WILLIAM POMERANCE, Respondent.— Appeal from an order denying appellant's motion to modify a judgment of separation so as to increase the amount respondent is directed to pay for the support of appellant. Order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ., concur.